F. DURAND TAYLOR, Respondent, v. CITY INVESTING COMPANY, Appellant.— Order so far as appealed from, unanimously modified by providing (1) that the disposition made of item 1 is to be on condition that it be stipulated that the complete agreement be produced at the trial and submitted for defendant's inspection; and (2) that the motion to delete item 5 and subdivisions a and b of defendant's demand for a bill of particulars be denied and that item 5b of said demand be modified to read as follows: State generally what each such partner, .employee or other representative of Charles G. Edwards Company did with reference to each negotiation with any representative of the United States of America with respect to the leasing of the said 85,000 square feet of floor space, giving also the names of all representatives of the United States of America with whom negotiations are alleged to have been had and the approximate date of each of such negotiations. As so modified the order is affirmed,.with twenty dollars costs and disbursements to the appellant. Bill of particulars to be served within ten days after service of order to be entered herein with notice of entry. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WILLIAM MIRMAN et al., On Behalf of Modern International Corporation and Another, for Themselves and for Other Stockholders, Similarly Situated, Appellants, v. JACOB LEICHTMAN et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., concur on the authority of Shielcrawt v. Moffett (ante, p. 352, leave to appeal granted, ante, p. 904). [See 269 App. Div. 656, 768.]

In the Matter of MAXWELL STETTNER, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer ' and Cohn, JJ.

## SECOND DEPARTMENT, DECEMBER, 1944.

### (December 1, 1944.)

In the Matter of the Application of GEORGE BELVEL RICHTER for Admission to Practice as an Attorney. (From the State of Iowa.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

### (December 4, 1944.)

EDGAR COLE, Appellant, v. IVY CHAMPION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 869.] Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.

ANTONIO D'AGOSTINO, Respondent, v. ALBERT WAGENAAR, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. To the extent of the policy coverage provided herein, pursuant to section 568-a of the Civil Practice Act, a stay is granted until the granting or final refusal by the Court of Appeals of leave' to appeal. [See ante, p. 912.] Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.